UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STIVENSON DESIR,

Plaintiff,

-against-

SUPERINTENDENT,

Defendant.

26-CV-3637 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of Westchester County's motion to transfer this petition, ECF No. 14, the Court HEREBY STAYS the briefing schedule set at ECF No. 11. By **November 1, 2026**, Petitioner Stevinson Desir is directed to file a letter advising the Court which conviction—in which town or county—he is challenging. If the Court does not receive a letter from Petitioner by that date, it will construe this case as challenging his conviction in Chemung County, New York, for assault in the second degree and transfer the case to the Western District of New York.

Additionally, public records indicate that Petitioner has moved to Upstate Correctional Facility. Accordingly, the Clerk of Court is directed to update Petitioner's address on the docket to the following:

Stivenson Desir
DIN: 17-A-1913
309 Bare Hill Road
P.O. Box 2000,
Malone, NY 12953

The Clerk of Court is also directed to mail a copy of this Order to Petitioner's new address.

Dated: October 1, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge