UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STIVENSON DESIR,

Plaintiff,

-against-

SUPERINTENDENT,

Defendant.

26-CV-3637 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

This habeas petition was filed on March 2, 2026. ECF No. 1. On September 14, Respondent filed a Motion to Transfer this case to the Western District of New York. ECF No. 14. The Motion argued that Petitioner's claims appear to arise out of his Chemung County Court conviction, rather than proceedings within Southern District of New York. *Id.* This Court therefore ordered Petitioner to file a letter, no later than November 1, clarifying which conviction, in which town or county, he is challenging. ECF No. 15. If he did not, the Court would construe his petition has one challenging his Chemung County proceedings and accordingly transfer this case to the Western District of New York. *Id.*

Plaintiff has made several filings, ECF Nos. 16, 17, 18, but none clarify which conviction he is challenging. The Court accordingly construes Petitioner's challenge as directed to his Chemung County conviction and therefore TRANSFERS this case to the Western District of New York. Having so ruled, the Court will not resolve Petitioner's pending motions in this case.

The Clerk of Court is respectfully directed to terminate ECF No. 14; transfer this case to the Western District of New York; and mail a copy of this Order to Petitioner Stivenson Desir.

Dated: November 16, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge